David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN 21  A 11: 54

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ROBERT J. STOCK<br>SHANELL M. STOCK,<br>Debtor(s) | Bankruptcy No. 07-26191<br>(Chapter 7)<br>Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B  The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 111 | Wasatch Professional Recovery LLC<br>c/o Hughes & Morley<br>21 East 300 North<br>Spanish Fork, UT 84660 | $10.57 |

A check in the amount of $10.57 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED the 16 day of June, 2010

DAVID L. MILLER
Chapter 7 Trustee